**Torrey Lamont LOVE, Plaintiff–Appellant,**

v.

**William A. RUMGAY; Todd Pressman; Pennie Kyle; Sgt. Wade E. Sibley; Richard Sivic; Jason M. Merritt; Craig W. Miller; TFC Grant; TFC Rank, Defendants–Appellees.**

No. 13–6897.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2013.

Decided: July 30, 2013.

Torrey Lamont Love, Appellant Pro Se.

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Vacated and remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torrey Lamont Love filed a 42 U.S.C. § 1983 (2006) complaint against several state police officers alleging constitutional violations associated with a traffic stop resulting in Love's arrest and subsequent criminal charges. The district court dismissed Love's complaint without prejudice, finding that *Heck v. Humphrey,* 512 U.S. 477, 487, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) barred Love's maintenance of an action challenging the legality of his arrest or conviction because Love had been convicted of the charges and had not successfully challenged that conviction. However, a review of the record reveals that Love in fact alleged in his complaint that he was not convicted of the charges, but that they were dismissed by the State. We therefore conclude that the district court erred in dismissing the complaint without prejudice.

Accordingly, we vacate the district court's order and remand with instructions to consider Love's complaint on the merits. We also deny Love's motion to assign counsel.

*VACATED AND REMANDED.*